IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD JONES,

Defendant.

*E-FILED - 5/4/09*

CASE NO.: CR-06-00429-04-RMW

**ORDER TO EXONERATE BOND**

Defendant Richard Jones hereby applies to the Court for an order exonerating the bond set by the Court on November 19, 2007 for $50,000 and March 17, 2008 for $30,000, in the above-entitled case.

IT IS ORDERED that the bond is hereby exonerated.

DATED: May 4, 2009

_____
RONALD M. WHYTE
United States District Judge

1

2    Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28