IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD JONES,<br><br>　　　　Defendant. | ***E-FILED - 5/4/09***<br><br>CASE NO.: CR-06-00429-04-RMW<br><br>**AMENDED ORDER TO EXONERATE $30,000 CASH BOND** |

　　The $30,000 cash bond posted on March 17, 2008 plus any interest earned shall be applied to pay part of the defendant's restitution.

　　IT IS ORDERED that the bond is hereby exonerated.

DATED: May 4, 2009

　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  Copy of Order E-Filed to Counsel of Record: